**STATE of Missouri, Respondent,**

v.

**Bruce SIMON, Appellant.**

**No. WD 74841.**

Missouri Court of Appeals, Western District.

Dec. 10, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 2014.

Application for Transfer Denied March 25, 2014.

---

S. Kate Webber, Kansas City, MO, for Appellant.

Timothy Blackwell, Jefferson City, MO, for Respondent.

Before Division Two: THOMAS H. NEWTON, P.J., KAREN KING MITCHELL, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. Bruce Simon appeals his convictions for his failure to file a Missouri income tax return and pay income taxes, section 143.931, and for fraud in making a tax payment, section 570.120.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).